IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Bieber, Samuel D | Case Number: 07 B 05663 |
| | Judge: Wedoff, Eugene R |
| Printed: 6/3/08 | Filed: 3/30/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 17, 2008
Confirmed: June 14, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 4,892.00 | |
| Secured: | | 1,813.95 |
| Unsecured: | | 0.00 |
| Priority: | | 813.89 |
| Administrative: | | 2,000.00 |
| Trustee Fee: | | 264.16 |
| Other Funds: | | 0.00 |
| Totals: | 4,892.00 | 4,892.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Leeders & Associates LTD | Administrative | 2,000.00 | 2,000.00 |
| 2. | Guaranty Bank | Secured | 0.00 | 0.00 |
| 3. | General Motors Acceptance Corp | Secured | 8,710.59 | 1,813.95 |
| 4. | Guaranty Bank | Secured | 8,000.00 | 0.00 |
| 5. | Internal Revenue Service | Priority | 4,967.45 | 813.89 |
| 6. | Capital One | Unsecured | 394.20 | 0.00 |
| 7. | Nicor Gas | Unsecured | 420.09 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 4,119.08 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 3,590.99 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 502.57 | 0.00 |
| 11. | Capital One | Unsecured | 2,270.91 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 14,977.02 | 0.00 |
| 13. | General Motors Acceptance Corp | Unsecured | 2.43 | 0.00 |
| 14. | LVNV Funding | Unsecured | 7,330.57 | 0.00 |
| 15. | Jefferson Capital | Unsecured | 1,108.89 | 0.00 |
| 16. | Cook County Collector | Priority | | No Claim Filed |
| 17. | A T & T Cable | Unsecured | | No Claim Filed |
| 18. | Sears / Citibank SD | Unsecured | | No Claim Filed |
| 19. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 20. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 21. | Nextcard Payment Services | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 58,394.79 | $ 4,627.84 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Bieber, Samuel D | Case Number: 07 B 05663 |
| | Judge: Wedoff, Eugene R |
| Printed: 6/3/08 | Filed: 3/30/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 264.16 |
| | _____ |
| | $ 264.16 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

